UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMI WINSTON,

                Plaintiff,

-vs-                                                                           Case No.   2:09-cv-325-FtM-SPC

MICHAEL ASTRUE,

                Defendant.
_____/

**ORDER**

       This matter comes before the Court on Plaintiff's Motion to Compel Compliance With Prior Court Order (Doc. #29) filed on August 13, 2010.  This case was remanded by this Court to the Commissioner of Social Security for further action before the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) on August 19, 2009.  (Doc. #27).  Judgment was entered on August 20, 2009, and the matter was closed.  (Doc. #28).  Plaintiff now moves *pro se* for an Order directing Defendant to comply with this Court's Order and remand this action to the ALJ for a new hearing.  Plaintiff claims there has been no remand order issued by the Appeals Council which is required in order to send the case back to the ALJ for further consideration.  Plaintiff requests that this Court direct the Appeals Counsel to remand her case to the ALJ.

       The Court finds that this matter has been closed and it has no jurisdiction to issue such an Order.  Plaintiff has provided the Court with no authority upon which it would be proper to grant the relief requested.  However, by virtue of this Motion, the Commission will receive notice of the filing of the Motion and the Court's Order.

       Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Compel Compliance With Prior Court Order (Doc. #29) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th    day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record